1 | MANDANA MASSOUMI (SBN 191359)
massoumi.mandana@dorsey.com
2 | CHERISE S. LATORTUE (SBN 274041)
latortue.cherise@dorsey.com
3 | DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
4 | Costa Mesa, CA 92626
Telephone:  (714) 800-1400
5 | Facsimile:  (714) 800-1499

6 | Attorneys for Defendant
TARGET CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| JENIFER AVINA, an individual, | CASE NO: CV13-07546 CAS (JCx) |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| TARGET CORPORATION, TONY COSTANZO, and DOES 1 through 100, Inclusive, | [CHANGES MADE BY COURT] |
| Defendants. | |

/ / /

/ / /

/ / /

1

**ORDER**

4825-1613-1607\1

**ORDER**

Pursuant to the Stipulated Protective Order ("Joint Stipulation") filed by Plaintiff Jenifer Avina and Defendant Target Corporation (collectively "the Parties") on January 29, 2014, the Court rules as follows:

**IT IS HEREBY ORDERED** that the Joint Stipulation is entered as an Order of the Court with the following modifications:

1. The following language is added to the last sentence of Paragraph VI2: "unless otherwise required by law or court order."
2. Paragraph VIII3 is modified to end the sentence/add a period after the word "CONFIDENTIAL" and to delete the remaining portion of such paragraph/sentence.[1]

**IT IS SO ORDERED.**

Dated: February 28, 2014        _____/s/_____
                                Hon. Jacqueline Chooljian
                                U.S. Magistrate Judge

---

[1] The current language incorrectly presumes the Court would seal trial proceedings involving CONFIDENTIAL exhibits.